UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM RICHARDS,

               Plaintiff,

- against -

THE LEGAL AID SOCIETY OF MANHATTAN, et al.,

               Defendants.

**ORDER TO SHOW CAUSE**

23-CV-05926 (PMH)

PHILIP M. HALPERN, United States District Judge:

William Richards ("Plaintiff"), proceeding *pro se*, commenced this action against The Legal Aid Society of Manhattan, Carolyn Weeks, and Vanessa Paugh (together, "Defendants") on July 11, 2023 by filing the Complaint. (Doc. 1). There is no indication on the docket that any Defendant has been served and Plaintiff has not sought an extension of time to serve Defendants.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before December 14, 2023, Plaintiff shows good cause in writing for failure to comply with Fed. R. Civ. P. 4(m).

                                            **SO ORDERED.**

Dated: White Plains, New York
       October 30, 2023

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge