UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM RICHARDS,

               Plaintiff,

   - against -

THE LEGAL AID SOCIETY OF MANHATTAN, et al.,

               Defendants.

**ORDER**

23-CV-05926 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    William Richards ("Plaintiff") commenced this action against the Legal Aid Society of Manhattan, Carolyn Weeks, and Vanessa Pugh ("Defendants") by filing a Complaint on July 11, 2023. (Doc. 1). Summonses were issued as to Defendants on July 11, 2023. (Jul. 11, 2023 Minute Entry). On October 30, 2023, the Court entered an Order to Show Cause as a result of Plaintiff's failure to serve Defendants in compliance with Federal Rule of Civil Procedure 4(m) cautioning that "this action will be dismissed without prejudice unless, on or before December 14, 2023, Plaintiff shows good cause in writing for failure to comply with Fed. R. Civ. P. 4(m)." (Doc. 3).

    To date, Plaintiff has failed to respond to the Court's October 30, 2023 Order to Show Cause. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

    The Clerk of Court is respectfully directed to close this case.

                            **SO ORDERED.**

Dated:   White Plains, New York
           January 9, 2024

                              _____
                              PHILIP M. HALPERN
                              United States District Judge